IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL O'NEILL, | § | |
| | § | |
| Plaintiff Below, | § | No. 23, 2026 |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| SUMMIT MATERIALS, INC., | § | C.A. No. 2025-0695 |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: June 10, 2026
Decided: June 24, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR**, **LEGROW** and **GRIFFITHS**, Justices, and **NEWELL,** Chief Judge,\* constituting the *Court en Banc*.

## **ORDER**

This 24th day of June 2026, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its Letter Opinion dated December 19, 2025.

———————————————

\*Sitting by designation under Del. Const. Art. IV, § 12.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice